# EXHIBIT A

OAKLAND COUNTY 09-106362-CK

JUDGE RAE LEE CHABOT

WALBRIDGE ALD  v  GETRAG GETRIE

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

WALBRIDGE ALDINGER COMPANY

Plaintiff,

Case No. 09-_____CK

Hon.

v.

GETRAG GETRIEBE-UND ZAHNRADFABRIK
HERMANN HAGENMEYER GMBH & CIE KG,
a German limited partnership,

**Jury Trial Demanded**

Defendant.

Seth D. Gould (P45465)
Joshua R. Terebelo (P72050)
WIENNER & GOULD, P.C.
*Counsel for Walbridge Aldinger Company*
950 West University Drive, Suite 350
Rochester, Michigan 48307
Phone: 248-841-9400

## COMPLAINT

A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint was previously filed in this Court, Case No. 08-095122-CK.

Joshua R. Terebelo (P72050)

Plaintiff Walbridge Aldinger Company ("Walbridge Aldinger"), by and through

its undersigned counsel, Wienner & Gould, P.C., brings this Complaint against defendant

GETRAG Getriebe–und Zahnradfabrik Hermann Hagenmeyer GmbH & Cie KG ("Getrag"), for Breach of Contract, and states as follows:

## PARTIES

1.      Walbridge Aldinger is a Michigan corporation that is authorized to conduct business and regularly conducts business in the State of Michigan.

2.      Getrag is a limited partnership organized under the laws of Germany. Getrag regularly conducts business in the State of Michigan.

## JURISDICTION AND VENUE

3.      Subject matter jurisdiction in this Court is proper pursuant to MCL § 600.605 as the amount in controversy exceeds $25,000 exclusive of interest and costs.

4.      This Court has personal jurisdiction over Getrag pursuant to MCL §§ 600.711, 600.715 and 600.721, because Getrag has transacted business within the state, and the claims in this Complaint relate to such business dealings.

5.      Venue is proper in this Court pursuant to MCL § 600.1621.

## BACKGROUND

6.      In early 2007, Chrysler Group LLC ("Chrysler"), and Getrag decided to jointly develop a Getrag manufacturing plant in Tipton, Indiana ("Tipton Plant") for the purpose of manufacturing dual clutch transmissions ("DCTs") in Chrysler vehicles.

7.      Consistent with this objective, Getrag formed a domestic limited liability company called Getrag Transmission Manufacturing LLC ("GG LLC"), which, upon information and belief, Getrag established to own and operate the Tipton Plant.

8.      Getrag wholly owns GG LLC and directly controls and directs GG LLC.

9.      GG LLC was insolvent without Getrag's financial assistance.

2

10.     With   Getrag's   financial   assistance,   GG   LLC   was   severely undercapitalized.

11.     In early 2007, representatives of Getrag requested that Walbridge Aldinger provide construction management services relating to the Tipton Plant.

12.     In sole reliance upon Getrag's pledge of credit, Walbridge Aldinger agreed to perform construction management services relating to the Tipton Plant.

13.     Walbridge Aldinger is party to numerous purchase orders, some issued by Getrag and other purchase orders subsequently issued by the start-up GG LLC.

14.     This action concerns two purchase orders, nos. 4500165389 and 4500166665 dated April 17 and 30, 2007, respectively, issued by Getrag to Walbridge Aldinger (collectively, "Purchase Orders"). True and accurate copies of the Purchase Orders are attached hereto as Exhibit A.

15.     Getrag issued the Purchase Orders for invoicing and payment of Walbridge Aldinger's subcontractors, management fees, general liability insurance, and reimbursables.

16.     Pursuant to the Purchase Orders, Walbridge Aldinger retained subcontractors, and provided construction management and other services to construct the Tipton Plant.

17.     Walbridge Aldinger has fully performed it obligations under the Purchase Orders, and has at all times acted in good faith.

18.     Getrag, however, has breached the Purchase Orders by refusing to pay Walbridge Aldinger.

3

19.     As of December 17, 2009, Getrag is indebted to Walbridge Aldinger in the amount of $5,517,256.63, plus accrued and unpaid interest, late charges and attorneys' fees as allowed under applicable law.

## COUNT I
## BREACH OF CONTRACT
### (Express Contract)

20.     Walbridge Aldinger incorporates herein paragraphs 1 through 19 of the Complaint.

21.     Walbridge Aldinger and Getrag are parties to a contract evidenced by the Purchase Orders.

22.     Walbridge Aldinger has fully performed it obligations under the Purchase Orders, and has at all times acted in good faith.

23.     Getrag has breached its obligations under the Purchase Orders by failing to pay Walbridge Aldinger for services that Walbridge Aldinger provided to Getrag.

24.     As a result of Getrag's breaches, Walbridge Aldinger has been damaged.

25.     As of June 22, 2009, Getrag is indebted to Walbridge Aldinger in the amount of $5,517,256.63, plus accrued but unpaid interest, late charges and attorneys' fees.

WHEREFORE, Walbridge Aldinger respectfully requests that the Court enter judgment in Walbridge Aldinger's favor against Getrag in the amount of $5,517,256.63, plus accrued but unpaid interest, late charges and attorneys' fees as allowed under applicable law.

4

## COUNT II
## BREACH OF CONTRACT
### (Implied in Fact Contract)

Walbridge Aldinger presents this count by way of alternative pleading in
the event the Court finds that no express contract existed between
Walbridge Aldinger and Getrag.

26.     Walbridge Aldinger incorporates herein paragraphs 1 through 25 of the
Complaint.

27.     Through their conduct, Walbridge Aldinger and Getrag entered into an
implied in fact contract whereby Getrag retained Walbridge Aldinger to perform
construction management services related to the Tipton Plant ("Implied Contract").

28.     Walbridge Aldinger has fully performed its obligations under the Implied
Contract, and has acted at all times in good faith.

29.     Getrag has breached its obligations under the Implied Contract by failing
to pay Walbridge Aldinger for services that Walbridge Aldinger provided to Getrag.

30.     As a result of Getrag's breaches, Walbridge Aldinger has been damaged.

31.     As of June 22, 2009, Getrag is indebted to Walbridge Aldinger in the
amount of $5,517,256.63, plus accrued but unpaid interest, late charges and attorneys'
fees.

WHEREFORE, Walbridge Aldinger demands judgment against Getrag in
whatever amount of damages the Court finds Walbridge Aldinger to be entitled, plus
costs, interest, and attorneys' fees as allowed under applicable law.

## COUNT III
## UNJUST ENRICHMENT
## (Implied in Law Contract)

Walbridge Aldinger presents this count by way of alternative pleading in
the event the Court finds that no express or implied in fact contract exists
between Walbridge Aldinger and Getrag.

32.     Walbridge Aldinger incorporates herein paragraphs 1 through 31 of the

Complaint.

33.     Getrag has received benefits from Walbridge Aldinger in the form of

construction management services provided by Walbridge Aldinger.

34.     It is inequitable for Getrag to retain these benefits without compensating

Walbridge Aldinger.

WHEREFORE, Walbridge Aldinger demands judgment against Getrag in

whatever amount of damages the Court finds Walbridge Aldinger to be entitled, plus

costs, interest, and attorneys' fees as allowed under applicable law.

## COUNT III
## ALTER EGO LIABILITY

Walbridge Aldinger presents this count by way of alternative pleading in
the event the Court finds that no express, implied in fact, or implied in
law, contract exists between Walbridge Aldinger and Getrag.

35.     Walbridge Aldinger incorporates herein paragraphs 1 through 34 of the

Complaint.

36.     GG LLC is wholly-owned and directly controlled by Getrag.

37.     Getrag and GG LLC have substantially identical ownership, management,

and business purpose.

38.     GG LLC was insolvent and/or undercapitalized at all relevant times.

6

39.     Getrag is unjustly attempting to avoid its obligations to Walbridge
Aldinger through fraudulent corporate formalities, including misrepresentations to
Walbridge Aldinger that Getrag is merely an agent of a disclosed principal, GG LLC,
when, in fact, the converse is true. Namely, GG LLC is the agent of its principal, Getrag.

40.     To prevent injustice, Getrag should be held liable as the alter ego of GG
LLC.

WHEREFORE, Walbridge Aldinger demands judgment against Getrag in
whatever amount of damages the Court finds Walbridge Aldinger to be entitled, plus
costs, interest, and attorneys' fees as allowed under applicable law.

## DEMAND FOR JURY TRIAL

Walbridge Aldinger, by its undersigned attorneys, hereby demands a trial by jury
in above-entitled action.

Respectfully submitted,

WIENNER & GOULD, P.C.

Seth D. Gould (P45465)
Joshua R. Terebelo (P72050)
950 West University Drive, Suite 350
Rochester, Michigan 48307
Phone: 248-841-9400
Fax:    248-652-2729

*Counsel for Walbridge Aldinger Company*

Dated: December 21, 2009

7

RECD 6/28/07

7-7395     GETRAG
(WA)

GETRAG GmbH & Cie KG, GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str., 74199 Untergruppenbach

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

| | |
|---|---|
| PO number | Page 1 / 6 |
| | 4500165383 |
| date | 04/17/2007 |
| Your Vendor Number: | 91019215 |
| Our VAT registr.no.: | DE146126877 |
| Our reference: | |
| Buyer: | GIP1 BT |
| Telephone: | Bregler, Thomas |
| | +49(0)7131/644-4524 |
| Fax: | +49(0)7131/644-4624 |
| Email: | Thomas.Bregler@getrag.de |

**Purchase order**

Delivery Address:

GETRAG InnovationsCenter
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
Hermann-Hagenmeyer-Straße

74199 Untergruppenbach
Deutschland

APRIL - JULY

→ CHANGE ORDER FOR ADDITIONAL POSITIONS
NEW POSITIONS: POSITIONS 2-7

FRAME CONTRACT

CM FEE
GEN LIABILITY
OWNER REIMBURSABLE

$1,203,300

Acting in the name and on behalf of:

GETRAG TRANSMISSION MANUFACTURING LLC
2711 Centerville Road
Registered office in:
Suite 400
Wilmington, DE 19808
USA

FOR THE INVOICING OF construction manager WA
Project: GETRAG Transmission Manufacturing LLC, Building of Indiana plant

Valid for all P/O positions below:

Cancellation clause
The contractor shall have the right to terminate this subcontract with or
without cause, for the convenience of the contractor. In event of termination
for the contractor's convenience, compensation to subcontractor shall be made on
the same basis as that provided for in the Agreement Between Owner and
Contractor or Contract Documents, or in the absence of applicable provisions
then based on the percentage of the work completed as of the date of

**EXHIBIT**

**A**

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 134271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH

Handelsregister Graubünden
Firm.nr. CH-350.4.000.686-0
Geschäftsführer:
Dr. Robert Schwarz,

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 63
Klo.Nr.: 502 192 300

# ▮▮▮ GETRAG

GETRAG GmbH & Cie KG, GETRAG InnovationsCenter
Hermann-Hagenmayer-Str., 74199 Untergruppenbach

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

| | |
|---|---|
| PO number | Page 1 / 8 |
| date | 4500165389 |
| Your Vendor Number: | 04/17/2007 |
| Our VAT registr.no.: | 91019215 |
| Our reference: | DE146126877 |
| Buyer: | BIP1 BT |
| Telephone: | Bregler, Thomas |
| Fax: | +49(0)7131/644-4524 |
| Email: | +49(0)7131/644-4524 |
| | Thomas.Bregler@Getrag.de |

Delivery Address:

GETRAG InnovationsCenter
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
Hermann-Hagenmeyer-Straße

**Purchase order**

74199 Untergruppenbach
Deutschland

CHANGE ORDER FOR ADDITIONAL POSITIONS
NEW POSITIONS: POSITIONS 8-13

FRAME CONTRACT

Acting in the name and on behalf of:

GETRAG TRANSMISSION MANUFACTURING LLC
2711 Centerville Road
Registered office in:
Suite 400
Wilmington, DE 19808
USA/n
FOR THE INVOICING OF construction manager WA
Project: GETRAG Transmission Manufacturing LLC, Building of Indiana plant

Valid for all P/O positions below:

Cancellation clause
The contractor shall have the right to terminate this subcontract with or
without cause, for the convenience of the contractor. In event of termination
for the contractor's convenience, compensation to subcontractor shall be made on
the same basis as that provided for in the Agreement Between Owner and
Contractor or Contract Documents, or in the absence of applicable provisions
then based on the percentage of the work completed as of the date of
termination. In no event the subcontractor shall be entitled to anticipated
profits.

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.638-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Invoice submission procedure: One invoice per month is issued by WA according to
the accomplished progress. The total invoice sum is agreed to on-site in Indiana
between WA and responsable GETRAG staff. Invoices are issued on GETRAG,
Untergruppenbach but are to be sent with a separate cover sheet first to EFG
Engineering Facility Group, Ingenieurgesellschaft mbH, Berblingerstr. 12, D-
71254 Ditzingen for approval. EFG will send the released invoices to GETRAG,
Untergruppenbach for payment. Invoices are paid net 30 days.

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|----------------------|----------------|------|--------------------|-----------|
| 01   |                      | 1              | Activ.unit | 480,000.00 | 480,000.00 |

Construction management fee Apr, May 07

$ 480,000 according to the spending curve dd. 27.03.2007 (incl. owners
reimbursable) for the months April and May 2007 - subject to the provisions
concerning management fee (espec. corporate fee, overhead and profit).

Your invoices have to be issued to:

GETRAG
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
GETRAG InnovationsCenter
Dept. Accounting
Hermann-Hagenmeyer-Straße
D-74199 Untergruppenbach

The invoices have to be sent with a separate cover sheet to:

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.688-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Page 3 / 8
4500165389
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | EFG Engineering Facility Group Ingenieurgesellschaft mbH Berblingerstr. 12 D-71254 Ditzingen | | | | |

Delivery date: Day 04/18/2007

| 02 | | 1 | Activ.unit | 285,000.00 | 285,000.00 |
|----|--|---|-----------|-----------|-----------|

Construction Management fee June 2007

$ 285,000 according to the spending curve dd. 18.05.2007 for the month June 2007

Delivery date: Day 06/22/2007

| 03 | | 1 | Activ.unit | 285,000.00 | 285,000.00 |
|----|--|---|-----------|-----------|-----------|

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.688-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

FO number
date

Page 4 / 8
4500165369
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|----------------------|----------------|------|--------------------|-----------|
| | Construction Management fee July 2007 | | | | |
| | $ 285,000 according to the spending curve dd. 18.05.2007 for the month July 2007 | | | | |
| | Delivery date: Day 06/22/2007 | | | | |
| 04 | | 1 | Activ.unit | 16,650.00 | 16,650.00 |
| | General Liability June 07 | | | | |
| | according to the spending curve dd. 18.05.2007 | | | | |
| | Delivery date: Day 06/29/2007 | | | | |
| 05 | | 1 | Activ.unit | 16,650.00 | 16,650.00 |
| | General Liability July 07 | | | | |
| | according to the spending curve dd. 18.05.2007 | | | | |

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.868-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Page 5 / 8
4500165389
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | Delivery date: Day 06/29/2007 | | | | |
| 06 | | 1 | Activ.unit | 60,000.00 | 60,000.00 |
| | Owners Reimbursables June 07 | | | | |
| | according to the spending curve dd. 18.05.2007 | | | | |
| | Delivery date: Day 06/29/2007 | | | | |
| 07 | | 1 | Activ.unit | 60,000.00 | 60,000.00 |
| | Owners Reimbursables July 07 | | | | |
| | according to the spending curve dd. 18.05.2007 | | | | |
| | Delivery date: Day 06/29/2007 | | | | |
| 08 | | 1 | Activ.unit | 177,200.00 | 177,200.00 |

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.003.838-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Page 6 / 8
45D0165389
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | WA CM Fee August 07 | | | | |

according to adjustment old spending curve (18.05.2007) to actual spending curve
dd. 05. June 2007

Delivery date: Day 07/27/2007

| 09 | | 1 | Activ.unit | 283,200.00 | 283,200.00 |

WA CM Fee September 07

according to the spending curve dd. 05. June 2007

Delivery date: Day 07/27/2007

| 10 | | 1 | Activ.unit | 17,000.00 | 17,000.00 |

General Liability August 07

according to the spending curve dd. 05. June 2007

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.888-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Page 7 / 8
4500165389
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|-------------------|-----------|
| | Delivery date: Day 07/27/2007 | | | | |
| 11 | | 1 | Activ.unit | 24,750.00 | 24,750.00 |
| | General Liability September 07 | | | | |
| | according to the spending curve dd. 05. June 2007 | | | | |
| | Delivery date: Day 07/27/2007 | | | | |
| 12 | | 1 | Activ.unit | 65,000.00 | 65,000.00 |
| | Owners Reimbursables August 07 | | | | |
| | according to the spending curve dd. 05. June 2007 | | | | |
| | Delivery date: Day 07/27/2007 | | | | |
| 13 | | 1 | Activ.unit | 65,000.00 | 65,000.00 |

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.868-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
613 Abbott Street

00000 Detroit, Michigan 48226-2521
USA

PO number
date

Page 8 / 8
4500165389
04/17/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
|      | Owners Reimbursables September 07 | | | | |
|      | according to the spending curve dd. 05. June 2007 | | | | |
|      | Delivery date: Day 07/27/2007 | | | | |

|  | Total net value excl. tax | USD | 1,835,450.00 |
|--|---------------------------|-----|--------------|

Terms of payment:    Within 30 days Due net

Our General Terms and Conditions shall apply exclusively.

Untergruppenbach, 07-26-200

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.688-0

Bankverbindung:
Dresdner Bank, Heilbronn

*Copy*
*P.O. STEEL*
*B.P. 002*



**GETRAG**

C.F. 7.7395.2.2

|  |  |
|---|---|
| PO number | Page 1 / 3 |
| date | 4500166665 |
|  | 04/30/2007 |
| Your Vendor Number: | 91019216 |
| Our VAT registr.no.: | DE146126877 |
| Our reference: | BIP1 BT |
| Buyer: | Bregler, Thomas |
| Telephone: | +49(0)7131/644-4624 |
| Fax: | +49(0)7131/644-4624 |
| Email: | Thomas.Bregler@Getrag.de |

GETRAG GmbH & Cia KG, GETRAG InnovationsCenter
Hermann Hagenmeyer-Str., 74199 Untergruppenbach

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

Delivery Address:

GETRAG InnovationsCenter
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
Hermann-Hagenmeyer-Straße

**Purchase order**

74199 Untergruppenbach
Deutschland

Delivery date:                                      04/30/2007

*POSITION 1*

FRAME CONTRACT

Acting in the name and on behalf of:                    #1) BP.002   STRUCTURAL STL.

GETRAG TRANSMISSION MANUFACTURING LLC
2711 Centerville Road
Registered office in:
Suite 400
Wilmington, DE 19808
USA

FOR THE INVOICING OF WA's SUBCONTRACTORS
Project: GETRAG Transmission Manufacturing LLC, Building of Indiana plant

Valid for all P/O positions below:

Cancellation clause
The contractor shall have the right to terminate this subcontract with or
without cause, for the convenience of the contractor. In event of termination
for the contractor's convenience, compensation to subcontractor shall be made on
the same basis as that provided for in the Agreement Between Owner and
Contractor or Contract Documents, or in the absence of applicable provisions
then based on the percentage of the work completed as of the date of
termination. In no event the subcontractor shall be entitled to anticipated
profits.

Invoice submission procedure: One invoice per month is issued by WA for

GETRAG GmbH & Cia KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungen m. obH mit Sitz in Chur

Handelsregister Graubünden
Firmenr. CH-350.4.000.558-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 68
Kto.Nr.: 502 192 300
DE10 6048 0008 0502 1923 00

# ⊞⊞⊞ GETRAG

GETRAG GmbH & Cie KG, GETRAG Innovations Center
Hermann Hagenmeyer-Str., 74199 Untergruppenbach

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

|  |  |
|---|---|
| | Page 1 / 8 |
| PO number | 4500166665 |
| date | 04/30/2007 |
| Your Vendor Number: | 91019215 |
| Our VAT registr.no.: | DE146126077 |
| Our reference: | BIP1 BT |
| Buyer: | Bregler, Thomas |
| Telephone: | +49(0)7131/644-4524 |
| Fax: | +49(0)7131/644-4624 |
| Email: | Thomas.Bregler@Getrag.de |

Delivery Address:

GETRAG Innovations Center
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
Hermann-Hagenmeyer-Straße

## Purchase order

74199 Untergruppenbach
Deutschland

→ CHANGE ORDER FOR ADDITIONAL POSITIONS
NEW POSITION: POSITION 7

FRAME CONTRACT

Acting in the name and on behalf of:

GETRAG TRANSMISSION MANUFACTURING LLC
2711 Centerville Road
Registered office in:
Suite 400
Wilmington, DE 19808
USA

FOR THE INVOICING OF WA's SUBCONTRACTORS
Project: GETRAG Transmission Manufacturing LLC, Building of Indiana plant

Valid for all P/O positions below:

Cancellation clause
The contractor shall have the right to terminate this subcontract with or
without cause, for the convenience of the contractor. In event of termination
for the contractor's convenience, compensation to subcontractor shall be made on
the same basis as that provided for in the Agreement Between Owner and
Contractor or Contract Documents, or in the absence of applicable provisions
then based on the percentage of the work completed as of the date of
termination. In no event the subcontractor shall be entitled to anticipated

GETRAG GmbH & Cie KG
GETRAG Innovations Center
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmenr. CH-350.4.000.663-0
Geschäftsführern
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 68
Kto.Nr.: 502 192 300
DE10 6048 0068 0502 1923 00

**▦▦▦ GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

Page 2 / 8
4500168665
04/30/2007

profits.

Invoice submission procedure: One invoice per month is issued by WA for
subcontractor services according to the accomplished progress. The total invoice
sum is agreed to on-site in Indiana between WA and responsible GETRAG staff.
Invoices are issued on GETRAG, Untergruppenbach but are to be sent with a
separate cover sheet first to EFG Engineering Facility Group,
Ingenieurgesellschaft mbH, Berblingerstr. 12, D-71254 Ditzingen for approval.
EFG will send the released invoices to GETRAG, Untergruppenbach for payment.
Invoices are paid net 30 days.

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|----------------------|----------------|------|--------------------|-----------|
| 01 |  | 1 | Activ.un | 10,963,000.00 | 10,963,000.00 |
|  | BP 002 Structural Steel |  |  |  |  |

Bid package BP-002 Structural Steel
according to detailed description/offer from Midwest steel and cost breakdown
from 4/23/2007 and your Request#001 (Revised) dd. 04/27/2007.

Your subcontractor: Midwest Steel

Base Bid $11.500,000.00 (Sales tax included)
(The base bid consists of: Material cost: $4,299,000.00 (3,510 tons) / Shipping
cost $ 132,000.00 / Fabrication cost $ 3,672,000.00 / Structural steel eruption
& Bolt up $ 1,842,000,- / Metal deck and joist material cost $ 911,000.00 /
Metal deck installation cost $ 337,000.00 / HSS 8x6 for siding support $
307,000.00)

Minus: 8x6 Siding Supports due to change in Siding $ 307,000.00

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.000.838-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 08
Kto.Nr.: 302 192 300
DE10 6048 0008 6502 1923 00

**GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

Page 3 / 8
4500166665
04/30/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------| 
| | Minus: Acceptance of voluntary alternate to start 3 weeks later but still meeting end date $ 210,000.00 | | | | |
| | InMinus: Acceptance of reduction in Retention to 5% at 50% completion $ 20,000.00 | | | | |
| | -> Total lump sum amount: $ 10,963,000.00 | | | | |
| | Subcontractor guarantees a.m. material price for steel for the whole project phase, possible price increases will be covered by the subcontractor. | | | | |
| | Fix completion date for steel work: 01/23/2008. | | | | |
| | Delivery date: Day 04/30/2007 | | | | |
| 02 | | 1 | Activ.unit | 4,240,800.00 | 4,240,800.00 |
| | BP 001 Sitework 1 | | | | |
| | BP001 Sitework 1: Your subcontractor: Angelo laFrate | | | | |
| | Base Bid: $3,592,300.00 | | | | |
| | Mandatory Alternate #1 added to built per Alternate #1 drawings (Parcel 9 included): + $703,500.00 | | | | |
| | Voluntary Alternate accepted to delete lime stabilization, delete 10" of Engineering: ./. $90,000.00 | | | | |

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG GmbH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.003.885-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 06
Kto.Nr.: 502 192 300
DE10 6048 0006 0502 1923 00

**■■■ GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

Page 4 / 8
4500166665
04/30/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | Fill & add back 10" of compacted aggregated stone base Performance Bond added: + $35,000.00 | | | | |

Total Sitework 1 Package $4,240,800.00

Delivery date: Day 05/09/2007

| 03 | | 1 | Activ.unit | 414,032.00 | 414,032.00 |
|----|--|---|-----------|-----------|-----------|

BP 005 Air Compressor, Air Dryers

005 Pre-Purchase Air Compressors / Air Dryers
Your subcontractor: Air Technologies

According to you request #003 from May 17th, 2007

Base Bid: $410,032.00

Mandatory Alternate #1-remote monitoring & control of 3 air dryers:
$4,000.00

Total Request BP 005: $414,032.00

GETRAG GmbH & Cie KG
GETRAG Innovations Center
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.003.835-0
Geschäftsführer
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 500 66
Kto.Nr.: 502 152 300
DE10 6045 0003 6502 1323 00

**▪▪▪ GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

Page 5 / 8
4500158665
04/30/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | Delivery date: Day 05/25/2007 | | | | |
| 04 | | 1 | Activ.unit | 615,292.00 | 615,292.00 |
| | BP 002 Steel work Add. Funding | | | | |
| | Your subcontractor: Midwest Steel | | | | |
| | Your change order request dd. 06-08-2007 | | | | |
| | Total amount for additional funding: $820,389.00 | | | | |
| | less 25 % holdback for value analysis: $205,097.00 | | | | |
| | = Preliminary p/o sum for add. funding: $ 615,292.00 | | | | |
| | Delivery date: Day 06/15/2007 | | | | |
| 05 | | 1 | Activ.unit | 629,785.00 | 629,785.00 |
| | BP 007 Pre Purchase Chillers | | | | |
| | Your subcontractor: Trane | | | | |
| | Your request dd. 06-11-2007 | | | | |

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.000.883-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 01
Kto.Nr.: 502 192 500
DE10 6048 0008 0502 1925 00

# ▓▓ GETRAG

Walbridge Aldinger
613 Abbott Street

PO number
date

48226-2521 Detroit Michigan
USA

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|----------------------|----------------|------|--------------------|-----------|
|  | Base Bid: $ 629,785.00 Alternate: None |  |  |  |  |
|  | Total Request: $ 629,785.00 |  |  |  |  |
|  | Delivery date: Day 06/15/2007 |  |  |  |  |
| 06 |  | 1 | Activ.unit | 3,058,029.00 | 3,058,029.00 |

BP 006 Air Handling Units

Your subcontractor: TIM
Your request dd. 06-11-2007

Base Bid: $ 2,873,554.00
Post Bid #1: $ 32,159.00 (Revise AHU 311-315)
Post Bid #2: $ 31,275.00 (Energy Wheel)

Request: $ 2,936,988.00 Air Handling Unit

+ Alternate $ 121,041.00 (pre-piping the interior box of the AHU's (saving in mechanical piping package)

Total Request: $ 3,058,029.00

(2 year warranty on labour and parts included)

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.000.883-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 604 800 08
Kto.Nr.: 602 191 300
DE10 6048 0008 0502 1923 00

**▮▮▮ GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|

Delivery date: Day 06/15/2007

| 07 | | 1 | Activ.unit | 2,658,800.00 | 2,658,800.00 |

BP 008 Build. Foundations

Request BP 008_ Building Foundations
according to detailed description/offer from Hagerman Construction and cost
breakdown from 6/8/2007 and your Request#006 dd. 06/21/2007.

Your subsupplier: Hagerman Construction

Base Bid_Production / Assembly $2,178,800
Alternate #1 _ Footing Tech. Building $42,400
Alternate #2_ Grade Beams Tech. Bldg. $47,400
Alternate #3_ Footings LSC Bldg $149,600
Alternate #4_ Grade Beams LSC Bldg. $240,600

Total Request BP 008 $ 2,658,800

Delivery date: Day 06/29/2007

GETRAG GmbH & Cie KG
GETRAG Innovations Center
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach. Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmennr. CH-350.4.000.858.0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 620 800 03
Kto.Nr.:602 192 300
DE10 6048 0053 0502 1923 00

**GETRAG**

Walbridge Aldinger
613 Abbott Street

48226-2521 Detroit Michigan
USA

PO number
date

Page 8 / 8
4500166665
04/30/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | Total net value excl. tax | | | USD | 22,579,738.00 |

Terms of payment:    Within 30 days Due net

Our General Terms and Conditions shall apply exclusively.

Untergruppenbach, 07-02-

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str.
74199 Untergruppenbach
www.getrag.de

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht
HRA 104271, Amtsgericht, Stuttgart
Pers. Haftende Ges.: GETRAG CH
Beteiligungsges. mbH mit Sitz in Chur

Handelsregister Graubünden
Firmenr. CH-350.4.002.835-0
Geschäftsführer:
Dr. Robert Schwarz,
Dr. Robert Martin Schwarz

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 624 800 63
Kto.Nr.: 602 192 300
DE10 8048 0036 0502 1923 00

# ▮▮▮ GETRAG

GETRAG GmbH & Cie KG, GETRAG InnovationsCenter
Hermann-Hagenmeyer-Str., 74199 Untergruppenbach

Walbridge Aldinger
777 Woodward Avenue, Suite 300

48226-3529 Detroit, Michigan
USA

|  |  |
|---|---|
|  | Page 1 / 14 |
| PO number | 4500166565 |
| date | 04/30/2007 |
| Your Vendor Number: | 91019215 |
| Our VAT registr.no.: | DE146126877 |
| Our reference: | BIP1 BT |
| Buyer: | Bregler, Thomas |
| Telephone: | +49(0)7131/644-4524 |
| Fax: | +49(0)7131/644-4624 |
| Email: | Thomas.Bregler@Getrag.de |

Delivery Address:

GETRAG InnovationsCenter
Getriebe- und Zahnradfabrik
Hermann Hagenmeyer GmbH & Cie KG
Hermann-Hagenmeyer-Straße

**Purchase order**

74199 Untergruppenbach
Deutschland

CHANGE ORDER FOR ADDITIONAL POSITIONS
-> NEW POSITIONS: POSITIONS 12-14

FRAME CONTRACT

Acting in the name and on behalf of:

GETRAG TRANSMISSION MANUFACTURING LLC
2711 Centerville Road
Registered office in:
Suite 400
Wilmington, DE 19808

USA

FOR THE INVOICING OF WA's SUBCONTRACTORS
Project: GETRAG Transmission Manufacturing LLC, Building of Indiana plant

Valid for all P/O positions below:

Cancellation clause
The contractor shall have the right to terminate this subcontract with or
without cause, for the convenience of the contractor. In event of termination
for the contractor's convenience, compensation to subcontractor shall be made on
the same basis as that provided for in the Agreement Between Owner and
Contractor or Contract Documents, or in the absence of applicable provisions
then based on the percentage of the work completed as of the date of

GETRAG GmbH & Cie KG          Kommanditgesellschaft mit Sitz in          Handelsregister Graubünden          Bankverbindung:
GETRAG InnovationsCenter          Untergruppenbach, Registergericht          Firmennr. CH-350.4.000.659-0          Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
777 Woodward Avenue, Suite 300

PO number
date

48226-3529 Detroit, Michigan
USA

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|----------------------|----------------|------|--------------------|-----------|
| | Delivery date: Day 07/13/2007 | | | | |
| 12 | | 1 | Activ.unit | 2,420,936.00 | 2,420,936.00 |
| | BP 014 Roofing | | | | |

Your subcontractor:

Fred Christen & Son

Your request dd. 07-27-07

Request BP 014 _ Roofing :

Base Bld_ DCX Roof System, 60 mil PVC $ 2,049,936
with mechanical fasteners

Alternate #1 _ Additional layer of 1,5" insulation board $ 321,000
Alternate #2_ Snow removal allowance $ 50,000

Total Request
$ 2,420,936

GETRAG GmbH & Cia KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.688-0

Bankverbindung:
Dresdner Bank, Haltbronn

**■■■ GETRAG**

Walbridge Aldinger
777 Woodward Avenue, Suite 300

48226-3529 Detroit, Michigan
USA

PO number
date

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|

Delivery date: Day 08/03/2007

13

1 Activ.unit 3,279,100.00    3,279,100.00

BP 011 Metal Siding

Your subcontractor: Universall Wall
Your request dd. 07-31-2007

Request BP 011_Metal Siding:

Base Bid_Building #3 - Production Assembly $ 1,129,900
Base Bid_Building #4 - Technical
$ 160,200
Base Bid_Building #5 - LSC
$ 538,800

Alternate #1 _ Provide Metenco Silversmith Mica Color $29,400
Alternate #2_ Provide 1 1/2 " (gauge Y-36 Profile) exterior panel
w1/2" furring channel mounted horizontally $1,091,000

Post Bid Corner Assembly_outside corner trim
see Universal attachment 'A' page 5 of 7 $ 88,800
Post Bid Vertical Joint Assy_vertical trim
see Universal attachment 'A' page 7 of 7 $ 259,000

/nTotal Request

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.683-0

Bankverbindung:
Dresdner Bank, Heilbronn
BLZ 620 800 00

# ███ GETRAG

Walbridge Aldinger
777 Woodward Avenue, Suite 300

48226-3529 Detroit, Michigan
USA

PO number
date

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|---|---|---|---|---|---|
| | $ 3,297,100 | | | | |

Delivery date: Day 08/03/2007

| | | | | | |
|---|---|---|---|---|---|
| 14 | | 1 | Activ.unit | 6,064,820.00 | 6,064,820.00 |

BP 024 Pre Engin. Build.

Your subcontractor: C & Z Construction

Your request dd. 07-30-2007

Request BP 0 24 _ Pre_Engineered Building :

Base Bid_ Tech.& LSC Buildings and Roof $ 7,026,410
Alternate #2 Delete Technical Bldg. Siding - $ 1 34,315
Alternate#3 Delete LSC Bldg Siding - $ 578 ,331
Voluntary Alt #1 Delete Painted Roof - $ 131 ,250
Post Bid#1 LSC Loading Change - $ 12,820
Voluntary Alternate Roofing System
Deduct 22 gauge "B" deck and 21/4" ISO board
& substitute 6" R 19 blanket insulation with Gym guard - $ 172,874

Performance Bond
$ 68,000

Total Request

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.853-0

Bankverbindung:
Dresdner Bank, Heilbronn

**GETRAG**

Walbridge Aldinger
777 Woodward Avenue, Suite 300
48226-3529 Detroit, Michigan
USA

PO number
date

Page 14 / 14
4500166665
04/30/2007

| Item | Material Description | Order Quantity | Unit | Price per unit USD | Value USD |
|------|---------------------|----------------|------|--------------------|-----------|
| | $ 6,064,820 | | | | |

Delivery date: Day 08/03/2007

| | | Total net value excl. tax | USD | 44,766,760.00 |
|--|--|---------------------------|-----|---------------|

Terms of payment:     Within 30 days Due net

Our General Terms and Conditions shall apply exclusively.

*i.V.* Elke     *i.A.* S. Snetonum

GETRAG GmbH & Cie KG
GETRAG InnovationsCenter

Kommanditgesellschaft mit Sitz in
Untergruppenbach, Registergericht

Handelsregister Graubünden
Firmennr. CH-350.4.000.888-0

Bankverbindung:
Dresdner Bank, Heilbronn