# EXHIBIT B

Approved, SCAO

Original - Court
1st copy - Defendant

OAKLAND COUNTY 09-106362-CK

JUDGE RAE LEE CHABOT
WALBRIDGE ALD v GETRAG GETRIE

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
6th JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

Court address: 1200 N. Telegraph Rd., Dept. 404, Pontiac, MI 48341

Court telephone no.: (248) 858-1000

Plaintiff's name(s), address(es), and telephone no(s).:
Walbridge Aldinger Company
613 Abbott Street
Detroit, MI 48226

v

Defendant's name(s), address(es), and telephone no(s).:
GETRAG Getriebe-und Zahnradfabrik Hermann
Hagenmeyer GmbH & Cie KG, a German limited
partnership
74199 Untergruppenbach
Deutschland

Plaintiff's attorney, bar no., address, and telephone no.:
Seth D. Gould, Esq. (P45465)
Joshua R. Terebelo (P72050)
Wienner & Gould, P.C.
950 W. University Dr., Ste. 350
Rochester, MI 48307   (248) 841-9400

**SUMMONS** | NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR2.111[C]).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

Issued: DEC 21 2009    This summons expires: MAR 22 2010    Court clerk: RUTH JOHNSON

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** | Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

Docket no.: _____   Judge: _____   Bar no.: _____

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in Oakland County Circuit Court.
The action ☐ remains ☑ is no longer pending. The docket number and the judge assigned to the action are:

Docket no.: 08-095189-CK   Judge: Rae Lee Chabot   Bar no.: _____

**VENUE**
Plaintiff(s) residence (include city, township, or village): Detroit, Michigan
Defendant(s) residence (include city, township, or village): Germany
Place where action arose or business conducted: Michigan

12/21/2009
Date

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) SUMMONS AND COMPLAINT   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

*[Page contains a blank Proof of Service form (rotated 90°) for Summons and Complaint, with sections for Officer Certificate, Affidavit of Process Server, Certificate/Affidavit of Service/Nonservice, and Acknowledgment of Service. All fields are blank.]*

**SUMMONS AND COMPLAINT**
Case No.

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with

List all documents served with the Summons and Complaint

_____

on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee | Signature |
|---|---|---|---|---|
| $ | | $ | $ | |

Name (type or print)

Title

Subscribed and sworn to before me on _____, County, Michigan.
                                           Date

My commission expires: _____  Signature: _____
                        Date                   Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
  Attachments      Day, date, time

on behalf of _____

_____
Signature